**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JESSICA ELIZABETH GUNCAY JUELA,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-501-G** |
| **WARDEN, Diamondback Correctional Facility, et al.,** | ) | |
| **Respondents.** | ) | |

## ORDER

On March 13, 2026, Petitioner Jessica Elizabeth Guncay Juela, appearing pro se, filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging her detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 28 U.S.C. § 2241.

On May 19, 2026, certain Respondents filed a Notice (Doc. No. 20), representing that Petitioner's application for voluntary departure had been granted by an Immigration Judge. *See id.* at 1; *id.* Ex. 1 (Doc. No. 20-1) at 2.[1] The Notice stated that Respondents intended to "transfer Petitioner to effectuate the voluntary departure order" after expiration of a 72-hour notice period. Resp'ts' Notice at 1.

On July 23, 2026, the Court directed Petitioner to show cause, within fourteen days, why the Petition "should not be dismissed as moot." Order (Doc. No. 21) at 2. The Order

[1] Respondent Warden, Diamondback Correctional Facility, has not appeared in this action. The appearing Respondents are: Robert Cerna, Field Office Director, ICE Dallas Field Office; David J. Venturella, Acting Director of ICE; Markwayne Mullin, Secretary of Homeland Security; and Todd Blanche, United States Attorney General.

advised: "[F]ailure to show cause may result in the dismissal of this action." *Id.*

The July 23, 2026 Order was mailed to Petitioner at her address of record and returned as undeliverable. *See* Doc. No. 22; *see also* LCvR 5.4. As of this date, Petitioner has not filed a response, requested an extension of time to comply, or otherwise contacted the Court regarding this action.

"Because the Petition challenges [Petitioner's] detention and seeks her release or a bond hearing, the voluntary departure order renders the requested relief moot." *Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026); *accord Jiang v. Grant*, No. CIV-26-302-R, 2026 WL 1791957, at *1 (W.D. Okla. June 22, 2026). Dismissal is warranted, as "[t]here is no relief the Court can grant." *Bermudez*, 2026 WL 925524, at *2.

CONCLUSION

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 21st day of August, 2026.

CHARLES B. GOODWIN
United States District Judge